UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:03-cr-0133-JMS-DKL-1 |
| | ) | |
| DONTEAU GLADNEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue≈s Report and Recommendation that

Donteau Gladney≈s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court  now

approves and adopts the Report and Recommendation as the entry of the Court, and orders a

sentence imposed of imprisonment of 27 months in the custody of the Attorney General.    Upon

Mr. Gladney≈s release from confinement, he will not be subject to supervised release.

SO ORDERED this  05/20/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Josh Minkler
Assistant U. S. Attorney
josh.minkler@usdoj.gov

Joe Cleary
Office of Indiana Federal Community Defender
joe_cleary@fd.org

U. S. Parole and Probation

U. S. Marshal